# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANSHPREET SINGH,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:25-cv-01501-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

On December 10, 2025, Respondents filed a motion to dismiss the petition. (ECF No. 13.) Per the Court's November 10, 2025 scheduling order, "[i]f Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition or Statement of Non-Opposition within **FOURTEEN (14) days** of the date of service of Respondent's Motion." (ECF No. 6 at 2.) To date, no opposition or statement of non-opposition has been filed.

Accordingly, the Court HEREBY ORDERS that:

1. On or before January 7, 2026, Petitioner SHALL:

    a. File an opposition or statement of non-opposition to Respondents' motion to dismiss; and

    b. Show cause why sanctions should not be imposed for failure to follow the Court's November 10, 2025 scheduling order.

2. Any reply to an opposition to the motion to dismiss SHALL be filed within SEVEN (7) days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated:   **December 29, 2025**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE