# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANSHPREET SINGH, | Case No. 1:25-cv-01501-EPG-HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

On January 16, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to immediately release Petitioner. (ECF No. 16.) On January 18, 2026, Respondents filed a status report stating that "petitioner was released from custody on Friday, January 16, 2026 at approximately 4:00 p.m., in compliance with the Court's January 16, 2026 order." (ECF No. 17.)

Accordingly, the Clerk of Court is DIRECTED to enter judgment in accordance with the Court's January 16, 2026 order and to close the case.

IT IS SO ORDERED.

Dated:    **January 20, 2026**                   /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE